**FILED**
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 1159

| | |
|---|---|
| Khalif Lateef           Plaintiff, | CASE NO. _____ |
| vs. | PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS **(PR)** |
| Robert A. Horel, Warden,           Defendant. | |

I, __Khalif Lateef_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ____   No __x__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____                    - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  <u>Natividad Boys' Ranch.   In 1982.</u>
4  _____
5  _____

6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

8      a.   Business, Profession or              Yes ___ No _x_
9           self employment

10     b.   Income from stocks, bonds,           Yes ___ No _x_
11          or royalties?

12     c.   Rent payments?                       Yes ___ No _x_

13     d.   Pensions, annuities, or              Yes ___ No _x_
14          life insurance payments?

15     e.   Federal or State welfare payments,   Yes ___ No _x_
16          Social Security or other govern-
17          ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____

22  3.   Are you married?                        Yes ___ No _x_
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ Net $_____
27  4.   a.   List amount you contribute to your spouse's support : $ _____
28       b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 2 -

1       and indicate how much you contribute toward their support. (NOTE: For minor

2       children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

3 none _____

4 _____

5   5.    Do you own or are you buying a home?    Yes ___ No _x_

6 Estimated Market Value: $_____ Amount of Mortgage: $_____

7   6.    Do you own an automobile?    Yes ___ No _x_

8 Make _____ Year _____ Model _____

9 Is it financed? Yes ___ No ___ If so, Total due: $ _____

10 Monthly Payment: $ _____

11   7.    Do you have a bank account? Yes ___ No _x_ (Do not include account numbers.)

12 Name(s) and address(es) of bank: _____

13 _____

14 Present balance(s): $ _____

15 Do you own any cash? Yes ___ No _x_ Amount: $ _____

16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

17 market value.) Yes ___ No _x_

18 _____

19   8.    What are your monthly expenses?

20 Rent: $ _____ Utilities: _____

21 Food: $ _____ Clothing: _____

22 Charge Accounts:

23 Name of Account    Monthly Payment    Total Owed on This Acct.

24 _____ $ _____ $ _____

25 _____ $ _____ $ _____

26 _____ $ _____ $ _____

27   9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____      - 3 -

1   None

2

3   10.  Does the complaint which you are seeking to file raise claims that have been presented in

4   other lawsuits?                                   Yes ___  No _x_

5   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6   they were filed.

9         I consent to prison officials withdrawing from my trust account and paying to the court the

10  initial partial filing fee and all installment payments required by the court.

11         I declare under the penalty of perjury that the foregoing is true and correct and understand

12  that a false statement herein may result in the dismissal of my claims.

14  Jan. 7, 2008                /s/ [signature]

15     DATE                      SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____         - 4 -

Case Number: _____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Lavon Haney (aka Khalif Lateef) C52678</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.83</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>0.83</u>.    (20%= $0.17)

Dated: 1/23/03                                              _____
                                                           Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 01-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE

```
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              PELICAN BAY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 25, 2008
```

ACCOUNT NUMBER  : C52678                        BED/CELL NUMBER: HOSP0000000005S
ACCOUNT NAME    : HANEY, LAVON                       ACCOUNT TYPE: I
PRIVILEGE GROUP : B

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 07/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 12/27 | D300 | CASH DEPOSIT | 2711 #122 | | 5.00 | | 5.00 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/03 | W516 | LEGAL COPY CH | 2792 | | | 5.00 | 0.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 5.00 | 5.00 | 0.00 | 0.00 | 0.00 |

CURRENT AVAILABLE BALANCE
-------------
0.00

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 01-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] Kleppin
TRUST OFFICE