Khalif Lateef, C-52678
Pelican Bay State Prison, A5-123
P.O. Box 7500
Crescent City, California 95532

Clerk, United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102-3483

RE: <u>PETITION FOR WRIT OF HABEAS CORPUS,
CASE NUMBER CV-08-1159 JW (PR)</u>:

Dear Clerk of the Court:

  The above-entitled petition was filed in this court on February 27, 2008. To this date, I have not received any orders from the court regarding the status of the petition, and what action(s) I need to pursue next.

  This letter is to request a status check in this matter. Your assistance would be greatly appreciated.

DATED: June 21, 2008.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Khalif Lateef,
　　　　　　　　　　　　　　　　　　　　Plaintiff in pro per

Khalif Lateef, C-52678
Pelican Bay State Prison, A5-123
P.O. Box 7500
Crescent City, California 95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532




02 1M
0004217666
MAILED FROM ZI

RECEIVED
JUN 25 2008

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102-3483

LEGAL MAIL:

**PELICAN BAY
G.P. UNIT A-5**

9410213489 C004